IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ARRON GRIMES,

    Petitioner,
v.                                                      CASE NO. 1:04-cv-00432-MP-EMT

JAMES R MCDONOUGH,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 42, Report and Recommendation of the Magistrate Judge, recommending that the habeas petition in this case be dismissed as untimely. An objection was filed, doc. 43, which was merely a two-page document which contained no argument. The Court agrees with the Magistrate Judge that the letter sent to the state court in 2001 does not suffice as a "properly filed" motion for post-conviction relief. Thus, it does not toll the filing period for his current habeas petition. Likewise, the 3.850 application filed in 2003 was denied as untimely and therefore cannot toll the federal filing deadline. The Court also does not find the "extraordinary circumstances" necessary to justify equitable tolling. Finally, the Court agrees with the Magistrate Judge that Petitioner has failed to make a colorable showing of

actual innocence, and he therefore does not qualify for federal habeas review even if an actual innocence exception to the § 2244 limitations period exists.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this  *22nd*   day of September, 2006

                               *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge